Dominic R. Barajas #116647
Name and Prisoner/Booking Number
Graham County Adult Detention Office
Place of Confinement
600 W. Graham Canal Rd.
Mailing Address
Safford, AZ 85546
City, State, Zip Code

FILED ✓ LODGED
RECEIVED COPY
MAY - 9 2022
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY ______ DEPUTY

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Dominic R. Barajas,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Jason Marino, Graham County,
(Full Name of Defendant)
(2) PJ Alred, Sheriff,
(3) John Appleton SFS,
(4) Nicolas Abud, AmS,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** CV-22-217-TUC-JCH-PSOT
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**
Jury Trial

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

**A. JURISDICTION**

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: ______.
2. Institution/city where violation occurred: GCADO.

## B. DEFENDANTS

1. Name of first Defendant: Jason Marino. The first Defendant is employed as: Graham County City manager (Position and Title) at Graham County Arizona (Institution).

2. Name of second Defendant: PJ Alred. The second Defendant is employed as: as: Sheriff (Position and Title) at Graham County Sheriff's office (Institution).

3. Name of third Defendant: John Appleton. The third Defendant is employed as: CEO Summit food Service (Position and Title) at GCADO (Institution).

4. Name of fourth Defendant: Nicolas Abuid. The fourth Defendant is employed as: Automated Merchandising System (Position and Title) at GCADO (Institution).

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? 1. Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: Barajas v. Shepherd
   2. Court and case number: U.S. Dist. Court / Pending.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Case is Pending.

b. Second prior lawsuit:
   1. Parties: ______ v. ______
   2. Court and case number: ______.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ______.

c. Third prior lawsuit:
   1. Parties: ______ v. ______
   2. Court and case number: ______.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ______.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Inadequate Nutrition.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   - ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   - ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: Cruel & unusual Punishment.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Summit, whose contracted by and through PJ Alred sheriff of GCADO to prepare, serve the inmates 3 meals a day. The meals that I've been given by members of GCADO are infact malnourished and the portions are small not in accordance to the proper calories a human being is to recieve to survive, I drink water to survive @ the facility. I was told that I couldn't Grieve my concern about the food by a Detention Officer. Detention Officers can't issue a specially made contaminated altered, limited portion, or poisoned food tray if the officer was truly upholding his or her oath. No hardship would be placed on any Detention Officer employee through enforcing their oath and protecting the Plaintiff with regard to food trays. Plaintiff has refused many trays due to fear and/or from continuously being served out dated food prepared by Summit Food Service. Jail administration suppose to inspect meals provided by the vender, Summit has a dietitian that comes up with the diet plan for inmates housed @ GCADO that consist of 2700 calories, Summit has a registered dietitian who is the individual responsible with preparing the menus per contract specifications. Dietitian does not work on site. That individual is employed by Summit and is responsible for overseeing that dietary menus of multiple different contracts. Prisoners supposed to recieve a daily diet that is nutritionally as equate for the maintenance of good health.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
I suffer from stomach pains, constant constipation, lack of nutrition and protein. Hunger pains

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I asked for a grievance and was denied by Graham County Detention officers.

**COUNT II**

1. State the constitutional or other federal civil right that was violated: Cruel & Unusual

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: In human Acts

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
AMS located in Kearneysville, WV 25430, Provides GCADO with Vending machines that are located inside the housing Unites located @ GCADO, Safford, Arizona. Around and about April 1st, 2022 Detention Officers whose employed @ the mentioned Unit Filled the vending machine with Bear Claw Products, Frito Lay Products, Folgers Coffee, Maruchan Roman noodles products, Market Square Honey Buns, Clover hill Bear claw products, Trial Best Beef stick products, and corner Stone candy Products. They did this knowing that the machine in Food was damaged and needed Tech work before inmates could purchase any of the mentioned Products. The machine is visibly showing the many Food & Beverage Products that I can't Purchase. As noted in Part I GCADO and it's members barly provide adequate amounts of food. This act is unjust and teasing, setting myself and other detainees up to break the machine because we are hungry.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
I watched a machine Filled with snacks and beverages that I had no access to for a month while I was hungry.

5. **Administrative Remedies.**
a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
b. Did you submit a request for administrative relief on Count II? ☐ Yes ☑ No
c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☑ No
d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I was denied a grievance by Detention Officers from Graham Co.

**COUNT III**

1. State the constitutional or other federal civil right that was violated: Cruel & Unusual Punishment.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☑ Excessive force by an officer ☐ Threat to safety ☐ Other: ________.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
D.O. S. Larson whose employed by and through GCADO as a Detention Officer, Larson performs Intrusive Searches along with his hostile co-workers shooting pepper ball guns that simulate the sound of explosive devices throughout the housing areas on or about 3/11/22 Plaintiff woke up to the sound of yelling by 15 Detention Staff stating "Get the Fuck on the Ground now!" They discharged 15/20 rounds of pepper balls in G-Pod where Plaintiff was housed G-Pod. PJ Alred and his Subordinates should know that action is "torturous and cruel." Graham Co Detention Officers violate their oath and disrespectfully slam the Security Food Flap continuously throughout the day. Detainees are deprivation is being authorized by PJ Alred & Micheal Cochran due to the fact Detention Officers yells in the hallways near the housing Units, Slaming objects, Playing handball, as well as using profanity and many other unconstitutional Practises Condoned and being unilized by their Subordinates other than those which have been set out as proper practises Plaintiff points out that different punishments have been adopted @ GCADO which are unconstitutional, torturous, Cruel, inhuman, and barbaric. Do larson and his Subordinates operates as a "criminal gang" that uses violence, threats, and intimidation tactics against inmate's.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
I was subject to pepper balls and was choking and throwing up, and eyes burning with No Medical help.

5. **Administrative Remedies.**
a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ~~☐ Yes~~ ☐ No
b. Did you submit a request for administrative relief on Count III? ☐ Yes ~~☐ No~~
c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ~~☐ No~~
d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I was denied a grievance from Detention officers @ Graham Co.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:
1.) Appoint a Special master to over see day to day operation at Grahan County Jail and report back to the court untill the defendants, there officers, Agents, Employees, Subordinates, successors in office, and all thoughs acting in concert are participation with them from continuing the acts, Omissions and practises set fourth. 2.) Plaintiff wishes the courts to investigate DOS Larson for his cruel and unusual acts, threats and intimidation tactics against inmates and file charges against him for excessive force. 3.) Award the sum of 1.8 million dollars in damages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/25/2022
DATE

Dominic Barcelas
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.