# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dominic R Barajas,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jason Marino, et al.,<br><br>　　　　Defendants. | NO. CV-22-00217-TUC-JCH (P)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 10, 2022,  judgment is entered in favor of respondents and against petitioner. Petitioner to take nothing, and the petition and action are dismissed with prejudice for failure to comply with the Court's orders. This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

August 10, 2022

Debra D. Lucas
District Court Executive/Clerk of Court

By   s/ J. McCarthy
　　　Deputy Clerk