MH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dominic R. Barajas, | No.   CV 22-00217-TUC-JCH |
| Plaintiff, | |
| v. | **ORDER** |
| Jason Marino, et al., | |
| Defendants. | |

On May 9, 2022, Plaintiff Dominic R. Barajas, who was then confined in the Graham County Adult Detention Center, filed a pro se civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed In Forma Pauperis.  In a June 10, 2022 Order, the Court granted the Application, dismissed the Complaint because it failed to state a claim, and gave Plaintiff 30 days to file an amended complaint that cured the deficiencies identified in the Order.  The Court expressly warned Plaintiff that if he failed to file an amended complaint within 30 days, the Clerk of Court would enter a judgment of dismissal that would count as a "strike" under the "3-strikes" provision of 28 U.S.C. § 1915(g).  The Court also warned Plaintiff that this action would be dismissed if he failed to file a notice of change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. The Clerk of Court mailed the Order to Plaintiff on June 10, 2022, and the mail was not returned to the Court.

In a July 11, 2022 Motion, the Jail Commander of the Graham County Detention Facility notified the Court that Plaintiff is no longer confined in the Graham County Adult Detention Center.  Plaintiff did not file a notice of change of address as required by the Court's June 10 Order and by Local Rule of Civil Procedure 83.3(d).  Moreover, Plaintiff

has not filed an amended complaint, and the time to do so has now expired. Accordingly, the Court will dismiss this case for failure to state a claim, as set forth in the June 10 Order, and for failure to comply with a Court order. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED**:

(1) This case is **dismissed with prejudice** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1), and for failure to comply with a Court order. The Clerk of Court must enter judgment accordingly.

(2) The Clerk of Court must make an entry on the docket stating that the dismissal for failure to state a claim may count as a "strike" under 28 U.S.C. § 1915(g).

(3) The docket shall reflect that the Court, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rules of Appellate Procedure 24(a)(3)(A), has considered whether an appeal of this decision would be taken in good faith and finds Plaintiff may not appeal in forma pauperis.

(4) The Clerk of Court must update the docket to reflect Plaintiff's new address at Red Rock Correctional Center, 1752 East Arica Road, Eloy, Arizona 85131, and new inmate number, 355702.[1] The Clerk of Court must send Plaintiff a copy of this Order at that address.

Dated this 11th day of August, 2022.

_____
Honorable John C. Hinderaker
United States District Judge

---

[1] *See* https://corrections.az.gov/public-resources/inmate-datasearch (search by ADC number for "355702") (last visited Aug. 10, 2022).