# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dominic R Barajas,<br><br>      Plaintiff,<br><br>v.<br><br>Jason Marino, et al.,<br><br>      Defendants. | NO. CV-22-00217-TUC-JCH (P)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 11, 2022, this case is dismissed with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1), and for failure to comply with a Court order.

August 11, 2022

Debra D. Lucas
District Court Executive/Clerk of Court

By    s/ S. Araiza
      Deputy Clerk